GRB:MJL
#2004R00666

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   MAR 03 2005   ★

LONG ISLAND OFFICE

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

LARONE GRAHAM, also known as
    "Abgod Graham,"
JAMEL THOMPSON, also known as
    "Mel" and "Boy Boy,"
QURAN HOLLIS,
KAREEM DAVIS, also known as
    "Tony Ellis" and "K.I.,"
KORY TURNER,
WYNETTE BELL, also known as
    "Wynette Haynes,"
NAQUON ARMSTEAD, also known as
    "N.A.,"
SHARIF OWENS,
SEAN HIGHTOWER, also known as
    "Hop,"
MISHAEL BENYEHUDAH,
DARRYL S. SINGLETON, also known as
    "D,"
VENCENT HARRISTON, also known as
    "Vinnie,"
MICHAEL HARRISTON, also known as
    "Mis,"
EARL HARRISTON, also known as
    "Snake,"
WHETSEL WADE, also known as
    "Wet,"
CARL POLLARD, also known as
    "Blue,"
CHRISTHIAN GARARZA,
JAMES GANT, also known as
    "Rooster,"
DARNELL FOSKEY, also known as
    "D," and
FRANK MOREA, also known as
    "Fat Frank,"

       Defendants.

- - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 05-0016(S-4)(TCP)
(T. 18, U.S.C., §§ 3,
922(g)(1), 924(a)(2),
924(c)(1)(A)(ii),
924(c)(1)(A)(iii),
1512(a)(1)(C),
1512(a)(3)(B), 1951(a),
2 and 3551 et seq.)

THE GRAND JURY CHARGES:

<u>INTRODUCTION TO ALL COUNTS</u>

At all times relevant to this Superseding Indictment, unless otherwise stated:

1. On or about and between August 1, 2003 and January 20, 2005, three groups based within or near the Louis H. Pink Houses public housing complex in the East New York section of Brooklyn, New York (collectively, the "Pink Houses Crew") joined forces to commit a series of robberies throughout New York City, New York, Nassau County, New York and Westchester County, New York.

2. The first group consisted of individuals who were associated, by residence or otherwise, with the Louis H. Pink Houses and who were loyal to defendants LARONE GRAHAM, also known as "Abgod Graham," and KAREEM DAVIS, also known as "Tony Ellis" and "K.I." (collectively "Abgod's Crew"). Abgod's Crew included, but was not limited to, defendants QURAN HOLLIS, KORY TURNER, WYNETTE BELL, also known as "Wynette Haynes," NAQUON ARMSTEAD, also known as "N.A.," SHARIF OWENS, SEAN HIGHTOWER, also known as "Hop," MISHAEL BENYEHUDAH, DARRYL S. SINGLETON, also known as "D," WHETSEL WADE, also known as "Wet," and JAMES GANT, also known as "Rooster."

3. The second group consisted primarily of members of the "Neutral For Life" crew, otherwise known as "Niggas For Life" or "NFL" (collectively "NFL"), which was a violent street

gang led by the defendant MICHAEL HARRISTON, also known as "Mis."
NFL included, but was not limited to, defendants MICHAEL
HARRISTON, also known as "Mis," JAMEL THOMPSON, also known as
"Mel" and "Boy Boy," VENCENT HARRISTON, also known as "Vinnie,"
and EARL HARRISTON, also known as "Snake."  NFL was based near
the intersection of Crescent Street and Belmont Avenue, Brooklyn,
New York, which was a few blocks from the Pink Houses.

4.    The third group was comprised primarily of
members of the "Pretty Boy Crew" ("PBC"), which was a violent
street gang led by the defendant CARL POLLARD, also known as
"Blue."  PBC included, but was not limited to, defendants CARL
POLLARD, also known as "Blue," CHRISTHIAN GARARZA and DARNELL
FOSKEY, also known as "D."  PBC was based near the intersection
of Pine Street and Belmont Avenue, Brooklyn, New York, which was
a few blocks from the Pink Houses.

5.    The Pink Houses Crew committed, among other
things, armed robberies of retail jewelry stores throughout New
York City, New York and Nassau County, New York.  Members of the
Pink Houses Crew also were responsible for the robbery of a Rite
Aid Store in Queens, New York, the armed robbery of a clothing
store in Manhattan, New York, the armed robbery of a telephone
card salesman in Westchester County, New York, the attempted
robbery of a drug dealer in Brooklyn, New York, and the attempted
armed robbery of an armored car in Brooklyn.

6.     Members of the Pink Houses Crew also engaged in
acts of violence, including but not limited to shootings and
pistol-whippings, during the armed robberies and the attempted
execution of John Doe, an individual whose identity is known to
the Grand Jury, on or about December 25, 2004, on a service road
for the Van Wyck Expressway in Queens, New York.  John Doe was
shot through the back of the head and left on the service road.

7.     Prior to committing the armed robberies of the
retail jewelry stores, members of the Pink Houses Crew typically
conducted surveillance and identified jewelry stores as targets.
The members then returned to Brooklyn, New York and recruited
participants for the robberies.  After a suitable number of
recruits were identified, the group traveled by automobile to the
targeted jewelry stores where crew members sometimes entered the
stores posing as customers.  Soon thereafter, crew members armed
with pistols entered the stores and forced employees and
customers to lie on the ground.  When members of Abgod's Crew
participated in an armed robbery, they typically bound the wrists
of the employees and customers with plastic ties.  After the
employees and customers were subdued, the members of the crew
entered the stores and selectively emptied display cases of
expensive jewelry.  Oftentimes, crew members located and took
security video tapes from the jewelry stores.  Several of the
robberies involved crew members striking victims on the head and
face with pistols, causing injury.  In addition, members of the

robbery crew occasionally stole pistols from security officers. Crew members sold jewelry taken from the jewelry stores at, among other places, pawnshops in Brooklyn, New York, including but not limited to a pawn shop operated by FRANK MOREA, also known as "Fat Frank."

COUNTS ONE THROUGH ELEVEN
(Conspiracies to Commit Robberies
of Specific Jewelry Stores)

8.   The allegations contained in paragraphs one through seven are realleged and incorporated as if fully set forth in this paragraph.

9.   On or about the dates set forth below, within the Eastern District of New York and elsewhere, the defendants set forth below, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by the robbery of jewelry and other goods from the retail jewelry stores set forth below:

| COUNT | DATE | DEFENDANTS | RETAIL JEWELRY STORE |
|-------|------|------------|----------------------|
| 1 | November 4, 2003 | KAREEM DAVIS, also known as "Tony Ellis" and "K.I.," KORY TURNER and DARRYL S. SINGLETON, also known as "D" | Papandrew Jewelers 11 Sunrise Plaza Valley Stream, New York |

| COUNT | DATE | DEFENDANTS | RETAIL JEWELRY STORE |
|---|---|---|---|
| 2 | December 3, 2003 | KAREEM DAVIS, also known as "Tony Ellis" and "K.I.," KORY TURNER and DARRYL S. SINGLETON, also known as "D" | Diamond Oro 3516 Broadway New York, New York |
| 3 | December 17, 2003 | JAMEL THOMPSON, also known as "Mel" and "Boy Boy," QURAN HOLLIS, KORY TURNER and MISHAEL BENYEHUDAH | Tudor Jewelers 800 Elmont Road Elmont, New York |
| 4 | January 11, 2004 | KAREEM DAVIS, also known as "Tony Ellis" and "K.I.," and SEAN HIGHTOWER, also known as "Hop" | Battery Park Jewelers 2090 Rockaway Parkway Brooklyn, New York |
| 5 | January 12, 2004 | SEAN HIGHTOWER, also known as "Hop" | A.J. Jewelers 985 Seneca Avenue Queens, New York |

| COUNT | DATE | DEFENDANTS | RETAIL JEWELRY STORE |
|---|---|---|---|
| 6 | January 12, 2004 | KAREEM DAVIS, also known as "Tony Ellis" and "K.I.," WYNETTE BELL, also known as "Wynette Haynes," NAQUON ARMSTEAD, also known as "N.A.," SHARIF OWENS, SEAN HIGHTOWER, also known as "Hop," DARRYL S. SINGLETON, also known as "D," WHETSEL WADE, also known as "Wet," and CARL POLLARD, also known as "Blue" | Concord Jewelers 3 North Park Avenue Rockville Centre, New York |
| 7 | May 8, 2004 | MICHAEL HARRISTON, also known as "Mis," and EARL HARRISTON, also known as "Snake" | Gold City Jewelers 992 Southern Boulevard Bronx, New York |
| 8 | May 19, 2004 | MICHAEL HARRISTON, also known as "Mis," and EARL HARRISTON, also known as "Snake" | Big Jake's Jewelers 386 East Fordham Road Bronx, New York |
| 9 | October 8, 2004 | MICHAEL HARRISTON, also known as "Mis," EARL HARRISTON, also known as "Snake," and CARL POLLARD, also known as "Blue" | Jason's Jewelers 527 Sixth Avenue New York, New York |

| COUNT | DATE | DEFENDANTS | RETAIL JEWELRY STORE |
|-------|------|-----------|----------------------|
| 10 | January 9, 2005 | MICHAEL HARRISTON, also known as "Mis," EARL HARRISTON, also known as "Snake," CHRISTHIAN GARARZA and DARNELL FOSKEY, also known as "D" | Scott's Jewelers 1222 Kings Highway Brooklyn, New York |
| 11 | January 11, 2005 | MICHAEL HARRISTON, also known as "Mis," EARL HARRISTON, also known as "Snake," and DARNELL FOSKEY, also known as "D" | King's Jewelry 2861 Third Avenue Bronx, New York |

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

<u>COUNT TWELVE</u>
(Telephone Card Salesman Robbery Conspiracy)

10.   The allegations contained in paragraphs one through seven are realleged and incorporated as if fully set forth in this paragraph.

11.   On or about August 11, 2003, within the Eastern District of New York and elsewhere, the defendants MICHAEL HARRISTON, also known as "Mis," and CARL POLLARD, also known as "Blue," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by the robbery of

international telephone cards from a telephone card salesman in Tuckahoe, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT THIRTEEN
(Rite Aid Store Robbery Conspiracy)

12.   The allegations contained in paragraphs one through seven are realleged and incorporated as if fully set forth in this paragraph.

13.   On or about and between June 16, 2003 and August 9, 2003, both dates being approximate and inclusive, within the Eastern District of New York, the defendant KAREEM DAVIS, also known as "Tony Ellis" and "K.I.," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by the robbery of merchandise from a Rite Aid Store at 78-14 Linden Boulevard, Queens, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT FOURTEEN
(Cellini Uomo Clothing Store Robbery Conspiracy)

14.   The allegations contained in paragraphs one through seven are realleged and incorporated as if fully set forth in this paragraph.

15.   On or about November 12, 2003, within the Eastern District of New York and elsewhere, the defendants LARONE GRAHAM,

also known as "Abgod Graham," KAREEM DAVIS, also known as "Tony Ellis" and "K.I.," KORY TURNER, DARRYL S. SINGLETON, also known as "D," WHETSEL WADE, also known as "Wet," and JAMES GANT, also known as "Rooster," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by the robbery of fur coats from the Cellini Uomo clothing store at 59 Orchard Street, New York, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

### COUNT FIFTEEN
(Wholesale Cigarette Delivery Man Robbery)

16. The allegations contained in paragraphs one through seven are realleged and incorporated as if fully set forth in this paragraph.

17. On or about December 17, 2003, within the Eastern District of New York, the defendant KORY TURNER, together with others, did knowingly and intentionally obstruct, delay and affect commerce and the movement of articles and commodities in commerce by the robbery of United States currency from a wholesale cigarette delivery man in the vicinity of 1342 Sutter Avenue, Brooklyn, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT SIXTEEN
(Jewelry Saleswoman Robbery)

18.   The allegations contained in paragraphs one through seven are realleged and incorporated as if fully set forth in this paragraph.

19.   On or about December 18, 2003, within the Eastern District of New York, the defendant JAMEL THOMPSON, also known as "Mel" and "Boy Boy," together with others, did knowingly and intentionally obstruct, delay and affect commerce and the movement of articles and commodities in commerce by the robbery of jewelry from a jewelry saleswoman in Brooklyn, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT SEVENTEEN
(International Jeweler Robbery Conspiracy)

20.   The allegations contained in paragraphs one through seven are realleged and incorporated as if fully set forth in this paragraph.

21.   On or about and between September 16, 2004 and October 21, 2004, both dates being approximate and inclusive, within the Eastern District of New York, the defendant LARONE GRAHAM, also known as "Abgod Graham," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by the robbery of $250,000 worth of jewelry from a

jeweler who was transporting the jewelry from Israel to Queens
County, New York.

(Title 18, United States Code, Sections 1951(a) and
3551 et seq.)

## COUNT EIGHTEEN
(Drug Dealer Robbery Conspiracy)

22. The allegations contained in paragraphs one
through seven are realleged and incorporated as if fully set
forth in this paragraph.

23. On or about October 20, 2004, within the Eastern
District of New York, the defendants WHETSEL WADE, also known as
"Wet," and JAMES GANT, also known as "Rooster," together with
others, did knowingly and intentionally conspire to obstruct,
delay and affect commerce and the movement of articles and
commodities in commerce by the robbery of proceeds of the sales
of controlled substances from a drug dealer.

(Title 18, United States Code, Sections 1951(a) and
3551 et seq.)

## COUNT NINETEEN
(Obstruction of Justice Attempted Murder)

24. The allegations contained in paragraphs one
through seven are realleged and incorporated as if fully set
forth in this paragraph.

25. On or about December 25, 2004, within the Eastern
District of New York, the defendants MICHAEL HARRISTON, also
known as "Mis," and EARL HARRISTON, also known as "Snake,"

13

together with others, did knowingly and intentionally attempt to kill another person, to wit: John Doe, with intent to prevent the communication by such person to a law enforcement officer of information relating to the commission and possible commission of Federal offenses, to wit: the robberies of retail jewelry stores throughout New York City, New York and Nassau County, New York in violation of Title 18, United States Code, Section 1951(a).

(Title 18, United States Code, Sections 1512(a)(1)(C), 1512(a)(3)(B), 2 and 3551 et seq.)

COUNT TWENTY
(Accessory After the Fact: Fencing of Jewelry By Pawnbroker)

26. The allegations contained in paragraphs one through seven are realleged and incorporated as if fully set forth in this paragraph.

27. On or about and between August 1, 2003 and January 20, 2005, both dates being approximate and inclusive, within the Eastern District of New York, the defendant FRANK MOREA, also known as "Fat Frank," knowing that offenses against the United States had been committed, to wit: the crimes charged in Counts One through Eleven, knowingly and intentionally assisted the offenders in order to hinder and prevent their apprehension, trial and punishment, by purchasing jewelry as a pawnbroker without recording the purchases as required by New York General Business Law Section 43.

(Title 18, United States Code, Sections 3 and 3551 et seq.)

14

COUNTS TWENTY-ONE THROUGH THIRTY-SIX
(Brandishing Firearms During Crimes of Violence)

28.   The allegations contained in paragraphs one through seven are realleged and incorporated as if fully set forth in this paragraph.

29.   On or about the dates set forth below, within the Eastern District of New York and elsewhere, the defendants listed below did knowingly and intentionally use and carry the firearms listed below during and in relation to the crimes of violence listed below, and did knowingly and intentionally possess those firearms in furtherance of the crimes of violence, which firearms were brandished:

| COUNT | DATE | DEFENDANTS | CRIME OF VIOLENCE | FIREARM |
|-------|------|------------|-------------------|---------|
| 21 | August 11, 2003 | MICHAEL HARRISTON, also known as "Mis," and CARL POLLARD, also known as "Blue" | The crime charged in Count 12 | semi-automatic pistol |
| 22 | November 4, 2003 | KAREEM DAVIS, also known as "Tony Ellis" and "K.I.," KORY TURNER and DARRYL S. SINGLETON, also known as "D" | The crime charged in Count 1 | 9mm semi-automatic pistol |

| COUNT | DATE | DEFENDANTS | CRIME OF VIOLENCE | FIREARM |
|-------|------|------------|-------------------|---------|
| 23 | November 12, 2003 | LARONE GRAHAM, also known as "Abgod Graham," KAREEM DAVIS, also known as "Tony Ellis" and "K.I.," KORY TURNER, DARRYL S. SINGLETON, also known as "D," WHETSEL WADE, also known as "Wet," and JAMES GANT, also known as "Rooster" | The crime charged in Count 14 | semi-automatic pistol |
| 24 | December 3, 2003 | KAREEM DAVIS, also known as "Tony Ellis" and "K.I.," KORY TURNER and DARRYL S. SINGLETON, also known as "D" | The crime charged in Count 2 | semi-automatic pistol |
| 25 | December 17, 2003 | KORY TURNER | The crime charged in Count 15 | Smith & Wesson 9mm semi-automatic pistol |
| 26 | December 17, 2003 | JAMEL THOMPSON, also known as "Mel" and "Boy Boy," QURAN HOLLIS, KORY TURNER and MISHAEL BENYEHUDAH | The crime charged in Count 3 | Smith & Wesson 9mm semi-automatic pistol |

| COUNT | DATE | DEFENDANTS | CRIME OF VIOLENCE | FIREARM |
|-------|------|------------|-------------------|---------|
| 27 | December 18, 2003 | JAMEL THOMPSON, also known as "Mel" and "Boy Boy" | The crime charged in Count 16 | pistol |
| 28 | January 11, 2004 | KAREEM DAVIS, also known as "Tony Ellis" and "K.I.," and SEAN HIGHTOWER, also known as "Hop" | The crime charged in Count 4 | semi-automatic pistol |
| 29 | January 12, 2004 | SEAN HIGHTOWER, also known as "Hop" | The crime charged in Count 5 | .38 caliber revolver |
| 30 | January 12, 2004 | KAREEM DAVIS, also known as "Tony Ellis" and "K.I.," WYNETTE BELL, also known as "Wynette Haynes," NAQUON ARMSTEAD, also known as "N.A.," SHARIF OWENS, SEAN HIGHTOWER, also known as "Hop," DARRYL S. SINGLETON, also known as "D," WHETSEL WADE, also known as "Wet," and CARL POLLARD, also known as "Blue" | The crime charged in Count 6 | 9mm semi-automatic pistol |

| COUNT | DATE | DEFENDANTS | CRIME OF VIOLENCE | FIREARM |
|-------|------|------------|-------------------|---------|
| 31 | May 8, 2004 | MICHAEL HARRISTON, also known as "Mis," and EARL HARRISTON, also known as "Snake" | The crime charged in Count 7 | semi-automatic pistol |
| 32 | May 19, 2004 | MICHAEL HARRISTON, also known as "Mis," and EARL HARRISTON, also known as "Snake" | The crime charged in Count 8 | semi-automatic pistol |
| 33 | October 8, 2004 | MICHAEL HARRISTON, also known as "Mis," EARL HARRISTON, also known as "Snake," and CARL POLLARD, also known as "Blue" | The crime charged in Count 9 | semi-automatic pistol |
| 34 | October 20, 2004 | WHETSEL WADE, also known as "Wet," and JAMES GANT, also known as "Rooster" | The crime charged in Count 18 | 9mm semi-automatic pistol |

| COUNT | DATE | DEFENDANTS | CRIME OF VIOLENCE | FIREARM |
|-------|------|-----------|-------------------|---------|
| 35 | January 9, 2005 | MICHAEL HARRISTON, also known as "Mis," EARL HARRISTON, also known as "Snake," CHRISTHIAN GARARZA and DARNELL FOSKEY, also known as "D" | The crime charged in Count 10 | semi-automatic pistol |
| 36 | January 11, 2005 | MICHAEL HARRISTON, also known as "Mis," EARL HARRISTON, also known as "Snake," and DARNELL FOSKEY, also known as "D" | The crime charged in Count 11 | semi-automatic pistol |

(Title 18, United States Code, Sections 924(c)(1)(A)(ii), 2 and 3551 et seq.)

COUNT THIRTY-SEVEN
(Discharging Firearm During Crime of Violence)

30.   The allegations contained in paragraphs one through seven are realleged and incorporated as if fully set forth in this paragraph.

31.   On or about December 25, 2004, within the Eastern District of New York, the defendants MICHAEL HARRISTON, also known as "Mis," and EARL HARRISTON, also known as "Snake," did knowingly and intentionally use and carry a firearm during and in relation to a crime of violence, to wit: the crime charged in

Count Nineteen, and did knowingly and intentionally possess a firearm in furtherance of said crime of violence, which firearm was discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(iii), 2 and 3551 et seq.)

COUNT THIRTY-EIGHT
(Felon-in-Possession of a Firearm)

32.   The allegations contained in paragraphs one through seven are realleged and incorporated as if fully set forth in this paragraph.

33.   On or about January 20, 2005, within the Eastern District of New York, the defendant VENCENT HARRISTON, also known as "Vinnie," having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a .40 caliber Smith & Wesson semi-automatic pistol.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

A TRUE BILL

_Stephanie K Von Degel_
FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _Richard P. Donoghue_
Assistant U.S. Attorney

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   MAR 03 2005   ★

# CALENDAR MINUTES
## ON GRAND JURY PRESENTMENT

LONG ISLAND OFFICE

**Before Magistrate Judge** _____ **Date** _3/3/05_

The Grand Jury of ____02-24-04____ handed up

____3____ Indictment(s) which were ordered filed by the Court.
(number)

____1____ Indictment(s) were ordered sealed by the Court.
(number)

_____ Bench Warrants were ordered by the Court.
(number)

The Grand Jury thereupon

____✓____ returned for further deliberation.

_____ having completed its business, was dismissed with the thanks of the Court.

05CR16 (S·4) (TCP

**Robert C. Heinemann**
**Clerk of the Court**

_____
**Deputy Clerk**