

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

November 19, 2008

**VIA ECF**
The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, N.Y. 11722

       Re:  United States v. Whetsel Wade
             Criminal Docket No. Cr 05 0016 (S-7) (JS)

Dear Judge Seybert:

      I write to request an adjournment of the sentencing scheduled for November 21, 2008.

      Thank you for your consideration.

                  Respectfully Submitted,

                  BENTON J. CAMPBELL
                  UNITED STATES ATTORNEY
                  EASTERN DISTRICT OF NEW YORK

          By:    _____
                  Lara Treinis Gatz
                  Assistant U.S. Attorney
                  (613) 715-7913

cc.  Glenn Hardy, Esq.