:20

<u>CRIMINAL CAUSE FOR VOSR - SENTENCING</u>

<u>BEFORE: SEYBERT,J.</u>   <u>DATE: 2/14/2017</u>   <u>TIME: 2:00</u>

<u>DOCKET NUMBER: CR 05-16</u>   <u>TITLE: USA-V-GRAHAM</u>

<u>DEFT NAME: WHETSEL WADE</u>   <u>DEFT: #15</u>

 X PRESENT   ___NOT PRESENT  X IN CUSTODY   ___ ON S.R.

<u>ATTY. FOR DEFT.: LLOYD NADEL</u>   <u>X C.J.A.</u>
           <u>X PRESENT</u>     <u>NOT PRESENT</u>   <u>RET</u>

<u>A.U.S.A.  LARA TREINIS GATZ</u>       <u>DEPUTY CLERK: CHARLES BARAN</u>

<u>U.S.P.O. KAREN HILL</u>

<u>COURT REPORTER:</u> F. GUERINO

 X  CASE CALLED. ALL COUNSEL PRESENT.

 X  THE DEFENDANT IS SENTENCED AS FOLLOWS:

 X  THE DEFENDANT IS SENTENCED TO A PERIOD OF IMPRISONMENT OF
    36 MONTHS ON VIOLATION CHARGE 8, <u>NOT</u>
    TO BE FOLLOWED BY A PERIOD OF SUPERVISED RELEASE.

___  SPECIAL CONDITIONS OF SUPERVISED RELEASE:

___  THE DEFENDANT SHALL NOT POSSESS A FIREARM, AMMUNITION, OR
     DESTRUCTIVE DEVICE.

___  OTHER, AS MORE FULLY SET FORTH IN JUDGMENT:

 X   ON MOTION OF THE AUSA THE REMAINING CHARGES OF THE
     VIOLATION REPORT ARE HEREBY DISMISSED.

 X   THE DEFENDANT IS ADVISED OF HIS RIGHT TO APPEAL OR THE LACK
     THEREOF.

 X   DEFT. CONTINUED IN CUSTODY.

___  OTHER:

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 14 2017 ★
LONG ISLAND OFFICE