Honorable Joanna Seybert Whetsel Wade
United States Judge 1131700465
100 Federal Plaza GRVC
Central Islip, N.Y. 11722 0909 Hazen St
 ~~Brooklyn.~~ Elmhurst, N.Y 11370

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JUL 05 2017 ★ LONG ISLAND OFFICE

RECEIVED JUL 10 2017 EDNY PRO SE OFFICE

Good Day Honorable Judge Seybert,
 I am sorry to be a bother to you. In all actuality I'm not trying to be.
 I'm writing you because since my sentence, my mom has fell 7 times, The Ambulance was called 4 days ago, They wanted to admit her, but she is scared without my presence. Today June 27, 2017 she has been crying and going in and out of consiousness, she is very weak and not eating. Your Honor we have nobody. My recent dilemma stems from me trying to get help for her and chose the wrong person, although she was doing a great job she had a motive on her mind. I pleaded with you to allow me 60 days to get my affairs, and mothers Health in order.
 Your Honor on the phone I am hearing my mother deteriorate, Please I beg this court and you to allow me to assist my mom back to sanity. I will not leave her sight, don't need to do anything but be with her and nurse her back to herself please. This case is being dragged an is going nowhere because they know I'm doing a violation for the federal government.

Each and every case was dropped accept the promoting, in which was impossible, especially under the monitoring Restrictions, frequent visits from three P.O.s ms. Hill, and the 2 monitoring P.O.'s. It was impossible to go to any after hour clubs or hotels. I wasn't driving, and don't have any brothers.

Your Honor my mom miss every appointment to the doctor since my incarceration. Please your Honor Bail, bracelet, whatever you can do. I do not want to bury my mom, please. I try to prevent this from the beginning. I understood exactly what picture was painted about me before you. These case take time to dismiss still people suffer in the meantime. Your Honor I will not leave my house my mom said they gave her something to drink. And for two weeks she haven't ate anything. She is losing her memory and shaking really bad as well as crying tremdously. Please Your Honor she was a single parent Registered Nurse for 55 years. Please let me comfort her please. I was not doing the alleged I never had a 3 some. And my house is not an illegal business place. I have neighbors who can verify these things. Right now I'm in Rikers Island been here for 2 months, next court date is September. this Really not something I deserved, I worked, also had my children and I took care of my mom and the household. Mowing lawns, shovel snow, I had no time to do nothing else.

I had doctors appointments as well as she had also. I sat and ate with my mom 2½ hours every day. Discussed politics and things to do, as well as bills. Your Honor, I was blamed for a robbery where the man actually took it to the extreme of saying I pulled the trigger. All together he gave me about 4 cases in that accusation. My P.O. and Ms Gatz. said that I am a danger to society, and dangerous, etc. They wanted me in jail. My P.O. told me she know I did it. So the case gets dismissed but in the meantime I'm on restriction from working, freedom, and limited hours on Sat - Sundays I only had 3 hours out. The state doesn't know that. Anyway their allegations are from Sept 1 + Nov 14, in which the court only voided my restrictions around Nov 5/6.

When I was released by this court on August 12 2016 on August 14 2016 my house was raided by the State, NYPD and ACS. stating that someone called which was the guy who I was accused of robbing saying that I give my son marijuana and I had 3 - 15yr old females in the basement prostituting. I informed the monitoring P.O.s and P.O. Brown out of the Queens, Jamaica. Ave, Federal P.O. office. So two P.O.s was aware of this since August. ACS checked my son who wasn't living

with me do to the fact of my incarceration by the feds for the robbery case. My son was clean and the two times they raided the house they seen it was false accusations Now all of a sudden this. I do blame my judgement. And do understand how things are perceived. As well as the process. This process can cause my mothers life. And I'm begging to prevent this. And I'm running out of time. This letter is spoken from the heart.

I spent all my time trying really doing my best to reconnect with my children. In which I have 4. That live in different households, whom I made know and love each other. I was sitting in classroom, on surprised visits, attend school trips. And teaching my children, how to forgive & forget and how to have care and concern, as well as how to love/respect. I just missed a graduation that I worked so hard to make sure my eldest recieved, which he Recieved his High Diploma on Friday the 23rd of June. Right now my mother can't even finish a sentence. She is trying to tell me something, that someone emptied out her account but keep forgetting. or just stop. Please understand. even If its just 60 days or whatever can be lawfully permitted. And I throw myself at the mercy of the Court. Nothing will make you regret allowing me this priviledge. Please Honor Thanking you for your time + patience in advance. Can you please send my sentencing transcripts for me.

Whetsel Wade

P.S.
Can you also credit me for Aug 2 to Aug. 12 2016.

Whetsel Wade
11317 00465
GRVC.
0909 Hazen St
E. Elmhurst, N.Y. 11370

NEW YORK NY 100
29 JUN 2017 PM 12 L

Honorable Joanna Seybert

United States Judge

100 Federal Plaza

CEntral Islip, N.Y. 11722
11722-443800

LONG ISLAND OFFICE

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 05 2017