

## UNITED STATES DISTRICT COURT

**DOUGLAS C. PALMER**
CLERK

**CAROL McMAHON**
CHIEF DEPUTY,
LONG ISLAND COURTHOUSE

EASTERN DISTRICT OF NEW YORK

**PLEASE REPLY TO:**

☐ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

X LONG ISLAND OFFICE
U.S. COURTHOUSE
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 17 2017 ★
LONG ISLAND OFFICE

Jul. 17, 2017

Whetsel Wade
#1131700465
G.R.V.C.
09-09 Hazen St.
E. Elmhurst NY 11370

Re:   U.S. -v- Wade
      CR 05-16 (JS)   Deft. #15

Mr. Wade:

Your letter to Judge Joanna Seybert, undated but postmarked Jun. 29, 2017, was received in chambers. Judge Seybert has reviewed the correspondence, but she declines to take any action.

Sincerely,

/s/
*Charles J. Baran*
Courtroom Clerk for Hon. Joanna Seybert